82,939-01

Abel Medrano #1743611
Dalhart Unit TDCJ
11950 FM 998
Dalhart, Texas 79022

April 03, 2015

MOTION DENIED
DATE: 4-20-15
BY: PC

Abel Acosta
Clerk, Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: State of Texas v Abel Medrano, #8602

Sub: Motion to Stay Proceedings with Order

Dear Clerk:

Enclosed please find for filing Movant's Motion to Stay Proceedings with Order. Please file date stamp and bring to the attention of the Court.

Also enclosed, please find a copy of this letterhead. Please file date stamp same and return in the provided self addressed stamped envolpe.

Thankl you for your assistance on this matter.

Sincerely,

Abel Medrano
Movant pro se

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 15 2015

Abel Acosta, Clerk

RECEIVED
APR 1 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

AM/
cc: FILE
    Larry Allison, P.O. Box 1300, Lampasas, Texas 76550, Via U.S.
    Postal Service, first class, postage prepaid.

Enclosure: Original Motion to Stay Proceedings with Order, self
           addressed stamped envelppe

NO. _____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

| | | |
|---|---|---|
| EX PARTE | § | ORIGINATING IN THE 27th |
| | § | DISTRICT COURT IN AND FOR |
| ABEL MEDRANO | § | LAMPSAS COUNTY, TEXAS |

## MOTION TO STAY PROCEEDINGS

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Abel Medrano, Texas Department of Criminal justice (TDCJ)-ID #1743611, hereinafter "Movant" pro se in the above captioned cause and moves this Honorable Court to Stay Proceedings, not for reason of delay but, requesting due process and offers this Honorable Court the following in support thereof:

### Statement of the Case

On January 28, 2015, Movant filed Original Application for Writ of Habeas Corpus, §11.07, §11.073, with the district clerk of Lampasas, Texas, Lampasas County, with Memorandum in Support.

On March 11, 2015, Movant's application was received by this Court's Honorable Clerk and present to the Court.

On March 24, 2015, Movant received the Clerk's notice of same.

1


RECEIVED

APR 1 4 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

On March 30, 2015, Movant sent correspondence to the district clerk requesting a copy of the State's Answer be forwarded immediately.

To date, Movant has not received a copy of the requested, nno has he received notice that the State filed an answer in response to his application.

## Due Process

Movant is requesting he be afforded due process guaranteed to him by the Fourteenth Amendment to the United States Constitution and Article 1, subsections 10 and 19, on the Texas Constitution, in the event the State has in fact filed an answer in response to his application, but has failed to inform and forward a copy of same, in violation of due process.

## Conclusion

Movant requests an opportunity to file an objection and refute any and all assertions and/or contentions made by the State and contained in their answer in response to his Application for Writ of Habeas Corpus, §11.07, §11.073. Movant requests that the State be compelled to forward Movant a copy of same, if one in fact has been filed with his application in this Court. Movant is entitled to due process in this proceeding and requests an opportunity to file an objection, refuting any and all assertions and/or contentions within the State's answer. Movant requests that the time frame to be reinstated to reflect the proper time to begin the date Movant receives the requested copy of the State's answer. In

2

the event the State has failed to file an answer pursuant to_the Texas Code of Criminal Procedure(CCP) art. §11.07(3)(a), only filing Movant's application by itself, Movant requests this_Honorable Court to consider this Motion to Stay Proceedings, as moot and to grant his application for Writ of Habeas Corpus, §11.07, §11.073.

## Prayer

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests this Honorable Court to consider Movant's Motion to Stay Proceedings and to issue an Order this Honorable Court deems appropriate in this cause. So prayed.

Respectfully submitted,

Abel Medrano #1743611
Dalhart Unit TDCJ
11950 FM 998
Dalhart, Texas 79022
Movant poo se

## Certificate of Service

I, Abel Medrano, hereby certify that a true and correct_copy of the foregoing Motion to Stay Proceedings was filed on this the 3rd day of April, 2015, by placing same in the Dalhart Unit's internal mail system addressed to: Larry Allison, P.O. Box 1300, Lampasas, Texas 76550; and to the Honorable Clerk of the Court of Criminal Appeals, P.O. Box 12308, Capitol Station, Austin, Texas 78711.

3

_____

Abel Medrano #1743611
Movant pro se

## Unsworn Declaration

I, Abel Medrano, TDCJ-ID #1743611, being presently incarcerated in the Dalhart Unit of the Texas Department of Criminal Justice in Hartley County, Texas, verify and declare under penalty of perjury, that the foregoing statements are true and correct and that the original Motion to Stay Proceedings were placed in the Dalhart Unit's internal mailing system on this the 3rd day of April, 2015.

Executed on this the 3rd day of April, 2015.

_____

Abel Medrano #1743611
Movant pro se

4

NO. _____

### IN THE

### COURT OF CRIMINAL APPEALS

### AUSTIN, TEXAS

_____

| | | |
|---|---|---|
| EX PARTE | § | ORIGINATING IN THE 27th |
| | § | DISTRICT COURT IN AND FOR |
| ABEL MEDRANO | § | LAMPASAS COUNTY, TEXAS |

_____

### ORDER

_____

On this, the _____ day of _____, 2015, came to be heard the Movant's Motion to Stay Proceedings and after having reviewed the pleadings, heard the evidence, and the argument of Counsel, this Court is of the opinion that said Motion to Stay Proceedings should be: [ ]GRANTED    [ ]DENIED AS MOOT

IT IS THEREFORE ORDERED that the Movant's Motion to Stay Proceedings is GRANTED / DENIED AS MOOT, and IT IS FURTHER ORDERED that the Clerk of the Court issue same to all parties.

SIGNED ON THIS DAY, THE _____ DAY OF _____, 2015.


_____
JUDGE PRESIDING